IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXCIO

IN RE:  THOMAS FRANCIS YOUNG
and CONNIE AGELINA YOUNG,

      Debtors.                              U.S. Bankruptcy Case No. 20-11844-t7


THOMAS FRANCIS YOUNG and
CONNIE ANGELINA YOUNG,

      Debtors/Appellants,

      vs.                                        Civ. No. 23-55  MIS/JFR

YVETTE J. GONZALES, Chapter 7 Trustee,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, ALEX NETTEY, and BK
ENTERPRISES,

      Appellees.


### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING APPEAL

**THIS MATTER** is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed June 14, 2023.  Doc. 24.  Objections were due by no later than July 1, 2023.  The parties have not filed any objections.  The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

      **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 24) are **ADOPTED.**

**IT IS FURTHER ORDERED** that Chapter 7 Trustee's Motion to Dismiss Appeal as Moot (Doc. 19) is well taken and **GRANTED**.

**IT IS FURTHER ORDERED** that this appeal is **DISMISSED WITHOUT PREJUDICE.**

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE