## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXCIO

IN RE:  THOMAS FRANCIS YOUNG
and CONNIE AGELINA YOUNG,

      Debtors.                                 U.S. Bankruptcy Case No. 20-11844-t7

THOMAS FRANCIS YOUNG and
CONNIE ANGELINA YOUNG,

      Debtors/Appellants,

      vs.                                           Civ. No. 23-55  MIS/JFR

YVETTE J. GONZALES, Chapter 7 Trustee,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, ALEX NETTEY, and BK
ENTERPRISES,

      Appellees.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED WITHOUT PREJUDICE**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE